■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Jason Campbell, Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Adjudication of Genesee County Court, Morton, J.—Youthful Offender.) Present—Callahan, J. P., Green, Lawton, Boehm and Davis, JJ.